# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

## Joshua D. HADLEY
### Machinery Technicians Third Class (E-4), U.S. Coast Guard

### CGCMG 0394
### Docket No. 1492

### 20 March 2024

General court-martial sentence adjudged on 16 February 2023.

| | |
|---|---|
| Military Judge: | CDR Emily P. Reuter, USCG |
| Appellate Defense Counsel: | LT Schuyler B. Millham, USCG |

## BEFORE
## McCLELLAND, BRUBAKER & HERMAN
Appellate Military Judges

Per curiam:

A military judge sitting as a general court-martial convicted Appellant, consistent with his pleas entered in accordance with a plea agreement, of one specification of abusive sexual contact, in violation of Article 120, Uniform Code of Military Justice (UCMJ). Appellant was sentenced to confinement for four months, reduction to E-1, and bad-conduct discharge. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.

For the Court,



Sarah P. Valdes
Clerk of the Court